# Order

Michigan Supreme Court
Lansing, Michigan

June 23, 2008

135894 & (100)

In re HOWARD J. STODDARD TRUST

_____

VIRGINIA PEERY and CHARLES C.
STODDARD,
   Petitioners-Appellees,
and

US TRUST, Trustee,
   Appellee,

v

STANFORD C. STODDARD, Trustee,
   Respondent-Appellant.
_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135894
COA: 270508
Ingham Probate Court:
01-001534-TI

   On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the December 4, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2008

s0616

_____
Clerk